IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS L. RUTLEDGE,<br><br>  Plaintiff,<br><br> v.<br><br>SANTA RITA JAIL DENTAL DEPT.,<br><br>  Defendant.<br>_____/ | No. CV 07-04895 CRB ,<br><br>**JUDGMENT IN A CIVIL CASE** |

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment be entered in favor of defendant.

Dated: October 11, 2007                                  Richard W. Wieking, Clerk

                                                         By: _____
                                                         Deputy Clerk